1  Mark C. Every _(Full Name)_
2  _____ _(Email Address)_
3  3102 E. Highland Ave _(Address Line 1)_
4  Patton, CA 92369 _(Address Line 2)_
5  909 425-6821 _(Phone Number)_
6  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAY - 1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

— IFP Submitted

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mark C. Every,
    Plaintiff,
vs.
Patton State Hospital
and the State of California
    Defendant(s).

Case No.: 5:24-cv-00920-SPG-(SSC)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded:  ☐ Yes  ☒ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____

Form prepared by Public Counsel.
© 2010, 2013 Public Counsel.
All rights reserved.
Revised: August 2013

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3. Plaintiff __Mark C. Every__ resides at:
   *(your full name)*

   _____
   *(your address)*

   *(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant __Patton State Hospital and the__ works at
   *(full name of Defendant)*
   __State of California__
   *(Defendant's place of work)*

   Defendant's title or position is __Prison and Mental Hospital__
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity     ☒ official capacity

   This Defendant was acting under color of law because: __I was imprisoned here.__

5. Defendant _____ works at
   *(full name of Defendant)*
   _____
   *(Defendant's place of work)*

   Defendant's title or position is _____
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity     ☐ official capacity

   This Defendant was acting under color of law because: _____

## III. PARTIES

3. Plaintiff _Mark C. Curry_ resides at:
(your full name)
_Patton State Hospital 3102 E Highland Ave_
_Patton, CA 92369_
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant _Patton State Hospital and State of California_ works at
(full name of Defendant)
_Patton State Hospital_
(Defendant's place of work)

Defendant's title or position is _Prison or Mental Hospital_
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☐ individual capacity       ☒ official capacity

This Defendant was acting under color of law because: _I was imprisoned here._

5. Defendant _____ works at
(full name of Defendant)
_____
(Defendant's place of work)

Defendant's title or position is _____
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☐ individual capacity       ☐ official capacity

This Defendant was acting under color of law because: _____

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant _____ works at
*Insert ¶ #*     *(full name of Defendant)*

_____
*(Defendant's place of work)*

Defendant's title or position is _____
                               *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

____. Defendant _____ works at
*Insert ¶ #*     *(full name of Defendant)*

_____
*(Defendant's place of work)*

Defendant's title or position is _____
                               *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ #  After signing away my rights when I came back from CDRP for leaving the state on parole they kept me for 10 years here and my sentence is probably only 3 years. That's 7 years more than I should have to do in Prison under the law.

Insert ¶ #  I'm asking that I be released from Prison or the State Hospital and ConRep which is parole for out patients. I want to be released from both so I can go back home to Oklahoma where I am from. I hitchhiked out here when I was 24 while I was

Insert ¶ #  homeless on SSI and had no money. I've been in the system with California since 1997, which is about 27 years.

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

_Insert ¶ #_

I was made to sign away my rights when I was revoked from ConRep, which is parole for outpatients, when I came back to jail. The people from ConRep or jail said that if I didn't sign the papers to sign away my rights so the hospital could keep me

_Insert ¶ #_

indefinitely, for as long as they see fit, that I would have to stay in jail and could not transfer to the prison which for me is the same as the State Hospital, for my whole sentence of indefinity, I am not quite clear on which one, but I would have had to stay in jail which almost

_Insert ¶ #_

no priveledges to go outside, & I like to go outside 2 or 3 times a day and the State Hospital has that priveledge so I agreed to sign the papers. But now they're keeping me as long as they want. They won't let me go because I complained about side effects from my medication and wanted the amount lowered & do not get off of it and now they say I can't get out

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

. because if I went back to Conrep I might stop taking my medication. I've served my time and had no fights or crimes since my offense for being brought back to the Hospital for Fleeing on Parole. My original offense that I did 3 yrs and 8 months for was attempted Rape and False imprisonment. I've been

. out twice since then and this is my Third time here but the last two offenses were only parole violations and were both running on parole. I've got no other violent charges since my first offense back in 1997. The woman I attacked in the park was saying help so I let her go I did not

. rape her. That was 27 years ago. I've been out twice since that one for 3 yrs and one for 6 yrs.

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

___.  Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

___.  Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
*Insert ¶ #*

_____
_____
_____
_____
_____

___.  The above civil right was violated by the following Defendants:
*Insert ¶ #*

_____
_____
_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.
*Insert ¶ #*

_____
_____
_____
_____
_____
_____
_____

___.  As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
*Insert ¶ #*

Kept in prison 7 years more than lawfull.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

That I be released from Prison and the State Hospital and ConRep which is Parole for Outpatients immediately. Also, that I be paid a sum of $250,000 for my lawsuits.

Dated: 4-19-24

Sign: Mark Every

Print Name: Mark Every

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. That I be released from the custody of Patton State Hospital and CONREP because my actual sentence for Fleeing on Parole is probably only for 3 years, and I've been here 10 years and my sentence is probably served. [illegible]

Dated: 4-19-24

Sign: Mark Emery

Print Name: Mark Emery

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____

Sign: _____

Print Name: _____

Mark Every Unit of
3108 E. Highland Ave. #1672749
Patton, CA 92369

Civil inside

United States Courthouse
Central District of California
411 W. Fourth St. Ste 1053
Santa Ana, CA 92701

Case 5:24-cv-00920-SPG-SSC   Document 1   Filed 05/01/24   Page 13 of 13   Page ID #:13