JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK C. EVERY,

        Plaintiff,

  v.

PATTON STATE HOSPITAL, et al.,

        Defendants

Case No. 5:24-cv-00920-SPG-SSC

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice as barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994).

Dated: August 20, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE